IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FCI CONSTRUCTORS, INC./CLEVELAND BRIDGE CALIFORNIA, INC., a Joint Venture,<br><br>    Plaintiff,<br><br>v.<br><br>CHONGQING WANQIAO CABLE CO., LTD.,<br><br>    Defendant.<br>_____/ | No. C 03-2772 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is currently set for hearing on October 28, 2005, on Plaintiff's motion to strike Defendant's answer and enter default. The Court HEREBY ORDERS that the Defendant's opposition brief shall be due on September 2, 2005, and Plaintiff's reply, if any, shall be due on September 9, 2005.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 18, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE