Richard D. Corona, SBN 56795
Arnold Neves, Jr., SBN 109711
**THE CORONA FIRM, LLP**
A Limited Liability Partnership Including a Professional Corporation
L A W Y E R S
4700 Spring Street, Suite 300
La Mesa, California 91941-5274
Telephone (619) 299-3311
Facsimile (619) 299-3334

Attorneys for, FCI Constructors, Inc./Cleveland Bridge California, Inc.
a Joint Venture

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FCI Constructors, Inc./Cleveland Bridge California, Inc. a Joint Venture,<br><br>    Plaintiff,<br><br>v.<br><br>Chongqing Wanqiao Cable Co., Ltd.<br><br>    Defendant. | Case Number: C 03 - 2772 JSW ARB<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON**<br><br>Courtroom 2, 17th Floor<br>Judge: Jeffrey S. White |

    Plaintiff FCI Constructors, Inc./Cleveland Bridge California, Inc. a Joint Venture, hereby respectfully requests this Court to continue the Case Management Conference scheduled in the above-captioned matter for June 2, 2006 at 1:30 p.m., in Courtroom 2, before the Honorable Judge Jeffrey S. White, for the following reasons:

    Default of defendant, Chongqing Wanqiao Cable Co., Ltd. has been entered. Plaintiff has prepared its request for entry of default judgment and is awaiting return of the declaration of plaintiff's project manager for submitting. Plaintiff anticipates that the default judgment application will be filed with the Court within the next two weeks. As such, plaintiff requests that the Case Management

Conference be continued for approximately 30-45 days, depending on the Court's calendar and the time generally required for the processing an application for entry of default judgment.

RESPECTFULLY SUBMITTED.

Dated: May 23, 2006     THE CORONA FIRM, LLP

By: _____
Richard D. Corona
Arnold Neves, Jr.
Attorneys for, FCI Constructors, Inc./Cleveland Bridge California, Inc. a Joint Venture

## ORDER

IT IS HEREBY ORDERED that the Case Management Conference in the above-captioned matter is continued to ___July 7___, 2006, at __1:30__, a.m./p.m.

IT IS SO ORDERED.

DATED: __May 30, 2006__     _____
JUDGE OF THE DISTRICT COURT