IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FCI CONSTRUCTORS, INC./CLEVELAND BRIDGE CALIFORNIA, INC., a Joint Venture,<br><br>   Plaintiff,<br><br> v.<br><br>CHONGQING WANQIAO CABLE CO., LTD.,<br><br>   Defendant.<br>_____/ | No. C 03-2772 JSW<br><br>**ORDER REFERRING MOTION TO MAGISTRATE JUDGE** |

  Pursuant to Local Rule 72-1, the motion for default judgment filed by Plaintiff FCI Constructors, Inc./Cleveland Bridge California, Inc against Defendant Chongqing Wanqiao Cable Co., Ltd. in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date noticed for August 11, 2006 is HEREBY VACATED.

  **IT IS SO ORDERED.**

Dated: June 23, 2006

                     _____
                     JEFFREY S. WHITE
                     UNITED STATES DISTRICT JUDGE

cc: Wings Hom