

# THE CORONA FIRM, LLP

A Limited Liability Partnership Including A Professional Corporation

**L A W Y E R S**

4700 Spring Street, Suite 300
La Mesa, California 91941-5274
Telephone: (619) 299-3311
Facsimile: (619) 299-3334

Arnold Neves, Jr.
Direct Dial: (619) 797-1276

Email: aneves@coronafirm.com

August 24, 2006

*Via Electronic Case Filing - jcsPDF@cand.uscourts.gov*

Hon. Judge Joseph C. Spero
United States Magistrate Judge
United States District Court
Northern District of California, San Francisco
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3483

    Re:    *FCI Constructors, Inc./Cleveland Bridge California v. Chongqing Wanqiao Cable Co., Ltd.*
            *U.S. District Court, San Francisco, Case No. C-03-2772 JSW (JCS)*

Dear Judge Spero:

    On behalf of Plaintiff, FCI Constructors, Inc./Cleveland Bridge California, Inc., a Joint Venture (FCI), I respectfully request the Court to allow us to appear telephonically at the upcoming default judgment hearing scheduled for 9:30 a.m. on Friday, September 1, 2006.

    I am making this request as we are located in San Diego and I am trying to minimize the expense to the client in having either myself or Richard Corona appear in your department. Please understand that we are more than willing to make an appearance if necessary. Otherwise, I will be available should the Court need to discuss the matter with me at my direct line at (619) 797-1276.

Hon. Judge Joseph C. Spero
August 24, 2006
Page 2

      If there is any additional information or documentation that Your Honor needs with respect to the application for Default Judgment or any other questions or information the Court may require, please do not hesitate to contact me.

                         Respectfully submitted,

                         THE CORONA FIRM, LLP

                         Arnold Neves, Jr.

AN/mjr

Dated: August 25, 2006



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

W:\3400\054\Correspondence\Spero 01.wpd